# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INNOVATIVE SPORTS MANAGEMENT, INC.<br><br>    Plaintiff(s),<br><br>v.<br><br>AUGUSTO CESAR GUTIERREZ<br><br>    Defendant(s). | CASE NO. 2:22−cv−07297−DSF−KS<br><br>**Order to Show Cause re Dismissal for Lack of Prosecution** |

    Default has been entered by the Clerk as to the remaining defendants. No motion for default judgment has been filed. Plaintiff is ordered to file a motion for default judgment on or before 2/13/2023. Failure to file a default judgment motion by that date may result in sanctions, including dismissal for failure to prosecute.

    IT IS SO ORDERED.

Date: January 10, 2023

      /s/ *Dale S. Fischer*
    Dale S. Fischer
    United States District Judge