# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| INNOVATIVE SPORTS MANAGEMENT, INC. d/b/a INTEGRATED SPORTS MEDIA,<br><br>Plaintiff,<br><br>vs.<br><br>AUGUSTO CESAR GUTIERREZ, et al,<br><br>Defendants. | CASE NO. 2:22-cv-07297-DSF-KS<br><br>ORDER GRANTING STIPULATION OF DISMISSAL |

**IT IS HEREBY STIPULATED** by and between Plaintiff G & G Closed Circuit Events, LLC, and Defendant Augusto Cesar Gutierrez, that the above-entitled action is hereby dismissed **without prejudice** against Augusto Cesar Gutierrez.

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by January 30, 2023, the dismissal shall be deemed to be **with prejudice.**

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: January 30, 2023

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE